IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:10-cr-005-MEF |
| | ) | |
| BRADLEY COOK | ) | |

# **O R D E R**

Upon consideration of the defendant's Motion to Continue Sentencing and Sentencing Due Dates (Doc. #68) filed on August 10, 2010, it is hereby

ORDERED that the motion is GRANTED.  The sentencing hearing set for September 1, 2010 is continued until further order of the Court.

DONE this the 11th day of August, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE